Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYSETTE FREEMAN, | Case No. CV 11-7809 JFW (PJWx) |
| Plaintiff, | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| FIDELITY NATIONAL FINANCIAL, INC. GROUP LIFE INSURANCE PLAN, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against Defendants. Each party is to bear their own costs and attorney's fees.

DATED:  March 29, 2012

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE