1

2

3

4                                                Closed

5

6

7

8                      UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11    LYSETTE FREEMAN,                    Case No. CV 11-7809 JFW (PJWx)

12                 Plaintiff,             **ORDER FOR DISMISSAL OF
                                          ACTION WITH PREJUDICE**
13    v.

14    FIDELITY NATIONAL FINANCIAL,
      INC. GROUP LIFE INSURANCE
15    PLAN, and THE LINCOLN
      NATIONAL LIFE INSURANCE
16    COMPANY,

17                 Defendants.

18

19

20          Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this

21    matter shall be dismissed with prejudice against Defendants.  Each party is to bear

22    their own costs and attorney's fees.

23

24

25    DATED:  March 29, 2012        _____
                                    HON. JOHN F. WALTER
26                                  UNITED STATES DISTRICT JUDGE

27

28